IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HELMUT LAMM, JULIE C. LAMM,
MARK SAFFER, AND TERESITA
ABORLLEILE,

      Appellants,

 v.

                             Case No. 5D22-388
                             LT Case No. 2018-CA-034225

CARL T. HILL, VICKI L. HILL, AND
LAMM TOWNHOUSE HOMEOWNERS
ASSOC. CORP.,

      Appellees.

_____/

Decision filed August 1, 2023

Appeal from the Circuit Court
for Brevard County,
David Dugan, Judge.

Robyn Marie Severs, of Becker,
Orlando, for Appellants.

Christina Lehm and Beverly A. Pohl,
of Nelson Mullins, Ft. Lauderdale
and Jeremy Springhart, of Nelson
Mullins, Orlando, for Appellees, Carl
T. Hill and Vicki L. Hill.

No Appearance for Other Appellees.

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.